■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID A. KELLAWAY, Appellant. [646 NYS2d 472] —Judgment unanimously affirmed. Memorandum: There is no merit to the contention of defendant that the People violated *Brady v Maryland* (373 US 83). Upon our review of the record, we conclude

that the verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). The sentence is not unduly harsh or severe. (Appeal from Judgment of Wyoming County Court, Dadd, J.—Sexual Abuse, 1st Degree.) Present—Lawton, J. P., Fallon, Callahan, Doerr and Davis, JJ.